**CHEM–TAINER INDUSTRIES, INC., Plaintiff–Appellant,**

v.

**Larry WILKIN and NPT Engineering, Inc. (doing business as Kodiak Marine Products), Defendants–Appellees.**

Chem–Tainer Industries, Inc.,
Plaintiff–Appellee,

v.

Larry Wilkin and NPT Engineering,
Inc. (doing business as Kodiak Marine
Products), Defendants–Appellants.

No. 00–12100–1210.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 31, 2001.

Before MICHEL and RADER, Circuit
Judges, FRIEDMAN, Senior Circuit
Judge.

ON MOTION

MICHEL, Circuit Judge.

*ORDER*

Larry Wilkin and NPT Engineering,
Inc. (Wilkin) move out of time for an ex-
tension of time, from January 23, 2001 to
July 11, 2001, to file their opening cross-
appeal brief. Chem–Tainer Industries,
Inc. opposes. Wilkin replies.

Wilkin states that he did not file his
cross-appeal brief by the January 23, 2001
due date because of ongoing settlement
negotiations. Now that settlement negotia-
tions have failed, Wilkin seeks an out of
time extension of over five months.

We decline to grant an extension of
time. While Wilkin may not have filed his
cross-appeal brief in the "spirit" of negoti-
ations, he did file his response brief to
Chem–Tainer's opening brief by the Janu-
ary 23, 2001 due date. Moreover, Wilken
did not seek an extension before the due
date or move for a stay of proceedings and
waited more than four months to submit
the instant request for an enlargement of
time. Under the circumstances, the mo-
tion for an extension of time is denied and
Wilken's cross appeal, no. 00–1210, is dis-
missed.

Accordingly,

IT IS ORDERED THAT:

(1) Wilken's motion for an extension
of time is denied.

(2) Appeal no. 00–1210 is dismissed.

(3) Each party shall bear its own
costs.

(4) The revised official caption in no.
00–1211 is reflected above.